UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID WALTON, DAVID FARRELL JAY SCHULZ, and MILTON MURRAY, Plaintiffs, | : : : | CIVIL ACTION NO. 300CV2429 (JCH) |
| v. | : : | |
| B&B ELECTRIC, INC., DAVID BEECHER, STEVE BEECHER, and CYNTHIA BEECHER, Defendants. | : : : : : | APRIL 1, 2004 |

## PLAINTIFFS' MOTION FOR RELEASE OF ATTACHMENT OF REAL PROPERTY

On October 25, 2001, the Court issued an order in the above matter authorizing placement of a lien in the amount of Fifty Thousand Dollars ($50,000.00) by the Plaintiffs upon a piece of real property owned by one of the Defendants, Cynthia Beecher. The Plaintiffs did place such a lien. Subsequently, the matter was resolved by settlement, with a final payment under the settlement to be due by November 30, 2003. As of the date of this motion, the Defendants have fully complied with the settlement agreement. The Plaintiffs therefore respectfully request the Court to execute and issue the attached Release of Attachment of Real Property.

THE PLAINTIFFS,

By:_____
Peter Goselin ct16704
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105
(860) 233-9821

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing Plaintiff's Motion for Release of Attachment of Real Property has been mailed first-class, postage prepaid, on this 1st day of April 2004 to all counsel of record as follows:

David Beecher
Steven Beecher
Cynthia Beecher
C/O B&B Electric, Inc.
144 Painter Ave
West Haven, CT 06516

                                                  _____
                                                Peter Goselin