

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID WALTON, DAVID FARRELL JAY SCHULZ, and MILTON MURRAY, Plaintiffs, v. B&B ELECTRIC, INC., DAVID BEECHER, STEVE BEECHER, and CYNTHIA BEECHER, Defendants. | CIVIL ACTION NO. 300CV2429 (JCH) APRIL 1, 2004 |

## PLAINTIFFS' MOTION FOR RELEASE OF ATTACHMENT OF REAL PROPERTY

On October 25, 2001, the Court issued an order in the above matter authorizing placement of a lien in the amount of Fifty Thousand Dollars ($50,000.00) by the Plaintiffs upon a piece of real property owned by one of the Defendants, Cynthia Beecher. The Plaintiffs did place such a lien. Subsequently, the matter was resolved by settlement, with a final payment under the settlement to be due by November 30, 2003. As of the date of this motion, the Defendants have fully complied with the settlement agreement. The Plaintiffs therefore respectfully request the Court to execute and issue the attached Release of Attachment of Real Property.

THE PLAINTIFFS,

By: _____
Peter Goselin ct16704
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105
(860) 233-9821

*Motion Granted. So Ordered.*